UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

CINDY BELEC, as next friend of
JORDAN BELEC,

      Plaintiff,

v.                                                      Case No. 2:07-cv-79
                                                        CONSENT CASE

BCI BURKE COMPANY, LLC,

      Defendant.
_____/

**JUDGMENT**

In accordance with the Opinion issued herewith,

IT IS HEREBY ORDERED that defendant's motion for summary judgment (Docket #48) is GRANTED and this case is DISMISSED.

IT IS SO ORDERED.

                                                  /s/ Timothy P. Greeley
                                                TIMOTHY P. GREELEY
                                                UNITED STATES MAGISTRATE JUDGE

Dated:   July 24, 2008